Marie N. ABBOTT, et al., Plaintiffs–Appellants,

v.

UNITED STATES of America, Defendant–Appellee.

Docket No. 00–6029.

United States Court of Appeals, Second Circuit.

Argued: Oct. 11, 2000

Decided: Oct. 17, 2000

Neil D. Kimmelfield, Portland, Oregon (James T. McDermott, Ball Janik, Portland, Oregon, on the brief), for Plaintiffs-Appellants.

Donald B. Tobin, Attorney, Tax Division, United States Department of Justice, Washington, D.C. (Paula M. Junghans,

Acting Assistant Attorney General, Kenneth L. Greene, Attorney, Tax Division, United States Department of Justice, Washington, D.C., Daniel J. French, United States Attorney for the Northern District of New York, Syracuse, New York, on the brief), for Defendant-Appellee.

Before: NEWMAN and KEARSE, Circuit Judges, and KORMAN, Chief District Judge*.

PER CURIAM:

The judgment dismissing plaintiffs' action seeking refunds of federal income and social security employment taxes withheld from lump-sum payments, made to them by their employer upon the termination of their employment, calculated on the basis of each plaintiff's salary and years of service, and conditioned on the signing of releases, is affirmed substantially for the reasons stated in the opinion of the district court, reported at 76 F.Supp.2d 236 (1999). *Accord Abrahamsen v. United States*, 228 F.3d 1360 (Fed.Cir.2000); *Associated Electric Cooperative, Inc. v. United States*, 226 F.3d 1322 (Fed.Cir.2000).